AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __Delaware__

UNITED STATES OF AMERICA

v.

Jorge Mejias

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-04M

I, __Jorge Mejias__, charged in a (complaint) (petition) pending in this District with __REENTRY AFTER DEPORTATION__

in violation of Title __8__, U.S.C., __1326__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Jorge Mejias_
Defendant

1/11/2007
Date

_[signature]_
Counsel for Defendant