AC 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JORGE MEJIAS

**WARRANT FOR ARREST**

CASE NUMBER: 07- 04M-MPT

To: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest JORGE MEJIAS, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

being found in the United States after having been deported and without having received permission to reenter the United States,

in violation of Title __8__ United States Code, Section (s) __1326_____.

| | |
|---|---|
| **Honorable Mary Pat Thynge** | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | January 11, 2007   Wilmington, Delaware |
| Signature of Issuing Officer | Date and Location |
| **Bail fixed at $** _____ | by _____ |
| | Name of Judicial Officer |

FILED JAN 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
844 King St

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-11-07 | for William David, DUSM | [signature] William Paul |
| DATE OF ARREST | | |
| 1-11-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest